Charles L. Weisbrodt and Lena Weisbrodt, Appellees, v. Louie Norris and Cline Norris et al., Appellants.

Term No. 47M4.

opinion filed September 15, 1947; released for publication October 16, 1947. Gordon Franklin and E. E. Denison, for appellants; D. L. Duty and Powless & Winters, for appellees. Opinion by JUSTICE SMITH. Not to be published in full.

Ruby Hamilton, Appellant, v. Viola Sourjohn, Appellee.

Term No. 47M17.

opinion filed September 15, 1947; released for publication October 16, 1947. Morris B. Chapman, for appellant; Forth & Forth, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.